UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT JOHN BEESON,

      Plaintiff,

v.                                   Case No:   2:12-cv-214-FtM-38DNF

DISTRICT BOARD OF TRUSTEES
OF EDISON STATE COLLEGE and
KENNETH P. WALKER,

      Defendants.
_____/

## ORDER

     This matter comes before the Court on the Plaintiff, Robert John Beeson's Notice of Settlement (Doc. #27) filed on September 16, 2013.   This Court has now been advised by counsel that the above action has been settled pending a vote by the Edison State College Board of Trustees.   The Plaintiff states that it will take seventy-five (75) days for the Board of Trustees to review the settlement and vote on approval.    Thus, the Court will administratively close the file and grant the request for an extension of time to file the settlement agreement with the Court.

     Accordingly, it is now

     **ORDERED:**

1.   That this cause is **DISMISSED** subject to the right of any party, within seventy-five (75) days from the date of this Order, or up to and including **December 5, 2013,** to submit a stipulated form of final judgment or to reopen the action upon a showing of good cause.   *See*, Local Rule 3.08(b).

2. The Clerk of the Court is directed to **ADMINISTRATIVELY CLOSE** the case. After that seventy-five (75) day period, however, without further order, this dismissal shall be deemed *with prejudice*.

3. All pending motions (if any) are hereby denied as moot.

   **DONE** and **ORDERED** in Fort Myers, Florida this 19th day of September, 2013.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record