UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ROBERT JOHN BEESON,

    Plaintiff,

v.                                          Case No: 2:12-cv-214-FtM-38DNF

DISTRICT BOARD OF TRUSTEES
OF EDISON STATE COLLEGE and
KENNETH P. WALKER,

    Defendants.
_____/

**ORDER[1]**

This matter comes before the Court on the Plaintiff, Robert John Beeson, and the Defendants, District Board of Trustees of Edison State College and Kenneth P. Walker's Joint Stipulation of Dismissal (Doc. #31) filed on November 15, 2013. On September 16, 2013, the Plaintiff informed the Court the case had been settled and requested seventy-five (75) days to prepare a formal stipulation of settlement. The Parties have now filed same.

Federal Rule of Civil Procedure 41(a)(1)(A), allows a plaintiff to dismiss a case without a court order.

The Rule reads in pertinent part:

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.

> Subject to Rules 23(e), 23.1, 23.2 and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
> (i) A notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
> (ii) A stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A).

In this instance, the Plaintiff has advised the Court that the Parties have settled the case and stipulate to the dismissal of the Complaint with prejudice. Each Party to bear its own cost and fees. Therefore, the case is due to be dismissed with prejudice.

Accordingly, it is now

**ORDERED:**

The Plaintiff, Robert John Beeson, and the Defendants, District Board of Trustees of Edison State College and Kenneth P. Walker's Joint Stipulation of Dismissal (Doc. #31) is **GRANTED**. This case is **DISMISSED with prejudice**. The Clerk of the Court is hereby directed to enter judgment accordingly, terminate all pending motions and close the case.

**DONE** and **ORDERED** in Fort Myers, Florida this 19th day of November, 2013.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record